IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF BANC OF AMERICA COMMERCIAL MORTGAGE INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2, <br><br> Plaintiff, <br><br> vs. <br><br> DGMM L.P., a Pennsylvania limited partnership, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 3:17-CV-00140-MRH ) ) Hon. Mark R. Hornak ) ) ) ) ) ) ) ) ) |

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-2, entered on December 12, 2018 for the sum of $3,639,064.45, against DGMM, L.P. MTP – 1759 Goucher LLC acknowledges payment of said judgment, costs and interest in full and desires to release this judgment and hereby fully and completely satisfy the same.

MTP – 1759 GOUCHER LLC

By: _____
Name:
Title: Authorized Person

Sworn to before me this
25 day of January, 2019.

_____
Notary Public

ABRAHAM KAUFMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KA6278616
Qualified in Kings County
Commission Expires March 25, 2021